# STATE BAR OF TEXAS

FILED
15-0400
6/1/2015 2:09:42 PM
tex-5491932
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK



Office of the Chief Disciplinary Counsel

June 1, 2015

Mr. Blake Hawthorne, Clerk
Supreme Court of Texas
P.O. Box 12248
Austin, Texas  78711

Re:  *Joseph R. Willie, II v. Commission for Lawyer Discipline*; Case No. 15-0400

Dear Mr. Hawthorne:

Pursuant to Rule 53.3 of the Texas Rules of Appellate Procedure, Respondent, the Commission for Lawyer Discipline, does not intend to file a response to Mr. Willie's petition for review unless the Supreme Court requests a response.  It is my understanding that the Court will not grant the petition without first requesting a response.

Please feel free to contact me at (512) 427-1349 if you have questions.

Thank you for your assistance.

Sincerely,

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing waiver letter has been served on Appellant, Mr. Joseph R. Willie, II, by and through his attorney of record, Ms. Shalanda D. Moore, by electronic service through this Court's electronic filing service provider on the 1st day of June 2015.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS
